Oscar SCHATTE et al., Appellants, v. IN-
TERNATIONAL ALLIANCE OF THEAT-
RICAL STAGE EMPLOYEES AND MOV-
ING PICTURE OPERATORS OF UNIT-
ED STATES AND CANADA, Appellee.

No. 11653.

Circuit Court of Appeals, Ninth Circuit.

Jan. 16, 1948.

Zach Lamar Cobb, of Los Angeles, Cal., for appellants.

Bodkin, Breslin & Luddy, Henry G. Bodkin, George M. Breslin, Michael G. Luddy, and Peter E. Giannini, all of Los Angeles, Cal., for appellees Int. Alliance of Theatrical Stage Employees, Richard F Walsh, and Roy M. Brewer.

O'Melveny & Myers, Homer I. Mitchell, and Rodney K. Potter, all of Los Angeles, Cal., for appellees Association of Motion Picture Producers, Inc., et al.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

For the reasons stated in its opinion (70 F.Supp. 1008), the judgment of the District Court is affirmed.

---

Bernard M. SHOTKIN v. Albert B.
KAPLAN et al.

No. 3626.

Circuit Court of Appeals, Tenth Circuit.

Jan. 5, 1948.

No appearance for appellant.

Ira L. Quiat, of Denver, Colo., for appellees.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellees for failure to prosecute.

---

James Moore SCOTT, Appellant, v. James
A. JOHNSTON, Warden, United States
Penitentiary, Alcatraz Island, California,
Appellee.

No. 11702.

Circuit Court of Appeals, Ninth Circuit.

Jan. 9, 1948.

James Moore Scott, in pro. per., for appellant.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

The judgment of the District Court, 71 F.Supp. 117, is affirmed.